# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 09-179V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
DALIBOR HRADEK and                            *
DEBBY HRADEK, parents                         *
of F.H., a minor,                             *
                                              *
              Petitioners,                    *
                                              *          Filed:  March 30, 2016
       v.                                     *
                                              *          Autism; Decision on Attorneys'
SECRETARY OF HEALTH AND                       *          Fees and Costs
HUMAN SERVICES                                *
                                              *
              Respondent.                     *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**DECISION (ATTORNEYS' FEES AND COSTS)**

In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on March 1, 2016.  On March 29, 2016, Petitioners filed an Application for Attorneys' Fees and Costs, requesting a total payment of $47,085.22, representing attorneys' fees and costs of $45,379.52, and $1,705.70 of costs expended by Petitioners.  On March 29, 2016, Respondent contacted a member of my staff by e-mail to confirm that Respondent has no objection to this request.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $45,379.52, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Edward Kraus, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $1,705.70, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.